UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>AQEEL IBN-KHALID SHAREEF<br><br>               Defendant. | CASE NO. MJ25-692<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with production of child pornography. The complaint alleges defendant was convicted in 2024 with rape of a child in the third degree, supplying a minor with liquor, and possession of depictions of minors engaged in sexually explicit conduct. At the time of the alleged offense, Defendant was serving a term of community custody following his release from imprisonment. After Defendant failed to report, an arrest warrant was issued. The Court received no verified information about defendant's health, residence, employment, residence or ties to the community. Defendant also did not contest detention. The concludes defendant has

DETENTION ORDER - 1

failed to overcome the presumption that he is both a danger to the community and a risk of flight and shall be detained.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of October, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2